BOARD OF EDUCATION OF THE CITY OF HARTFORD *v.*
HARTFORD FEDERATION OF TEACHERS, LOCAL 1018
(9580)

SPALLONE, HEIMAN and CRETELLA, Js.

Argued April 29—decision released June 4, 1991

*James C. Ferguson,* for the appellant (defendant).

*Helen Apostolidis,* assistant corporation counsel, for
the appellee (plaintiff).

PER CURIAM. This is an appeal from the judgment
of the trial court granting the plaintiff Hartford board
of education's application to vacate the arbitrator's
award and denying the defendant Hartford Federation
of Teachers' application to affirm said award.

The sole question presented is whether the trial court
improperly held that the arbitrator went beyond the
contract, and added to it, by construing the contract
to include longevity pay within the ambit of "annual
salary" for the purposes of computing severance pay.

Our review of the record indicates that the trial court
substituted its interpretation of the contract for that
of the arbitrator. This it cannot do. See, e.g., *Hartford*
v. *IAFF, Local 760, AFL-CIO, CLC,* 24 Conn. App. 254,
258, 587 A.2d 435 (1991).

The judgment of the trial court is reversed and the
case remanded with direction to render judgment con-
firming the arbitrator's award.